1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   SCOTT G. MAZZOLA
6  Law Clerk

7      450 Golden Gate Avenue, 11th Floor
       San Francisco, California 94102
8      Telephone: (415) 436-6488
       Fax: (415) 436-7234
9      Email: Derek.Owens@usdoj.gov

10
   Attorneys for Plaintiff
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,      ) CR No.: 05-00695 MAG
17 |                                )
   |                                )
18 |         Plaintiff,              ) STIPULATION AND [~~PROPOSED~~]
   |                                ) ORDER EXCLUDING TIME
19 |    v.                           )
   |                                )
20 | MAXIMILLIAN HERRERA,           )
   |                                )
21 |                                )
   |         Defendant.              )
22 |_____)

23     On January 11, 2006, the parties in this case appeared before the Court for a status
24 conference. At that time, the parties stipulated that time should be excluded from the Speedy
25 Trial Act calculations from November 2, 2005 to January 18, 2005 for continuity of counsel and
26 for effective preparation of defense counsel. The parties represented that granting the
27 continuance was the reasonable time necessary for effective preparation of counsel for the
28 Government, taking into account the exercise of due diligence. See 18 U.S.C. §

Stipulation and [Proposed] Order

1  3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
2  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
3  18 U.S.C. § 3161(h)(8)(A).
4  SO STIPULATED:

KEVIN V. RYAN
United States Attorney

DATED: 1/18/06

DEREK R. OWENS
Special Assistant United States Attorney

DATED: 1/17/06

DAVID FERMINO
Attorney for Mr. Herrera

12  As the Court found on January 18, 2005, and for the reasons stated above, the Court finds
13  that an exclusion of time between November 2, 2005 and January 18, 2006 is warranted and that
14  the ends of justice served by the continuance outweigh the best interests of the public and the
15  defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested
16  continuance would deny the Government the reasonable time necessary for effective preparation,
17  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
18  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.
DATED: 1/18/06

EDWARD M. CHEN
United States Magistrate Judge

Stipulation and [Proposed] Order