1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)         E-Filing
   Special Assistant United States Attorney
5
   SCOTT G. MAZZOLA
6  Law Clerk

7     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
8     Telephone: (415) 436-6488
      Fax: (415) 436-7234
9     Email: Derek.Owens@usdoj.gov

10
   Attorneys for Plaintiff
11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA,         )   CR No.: 05-00695 MAG
17                                   )
                                     )
18          Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME
19          v.                        )
                                     )
20 MAXIMILLIAN HERRERA,              )
                                     )
21                                   )
            Defendant.                )
22 _____)

23      On January 18, 2006, the parties in this case appeared before the Court for a status
24 conference. At that time, the parties stipulated that time should be excluded from the Speedy
25 Trial Act calculations from January 18, 2005 to February 8, 2006 for continuity of counsel and
26 for effective preparation of defense counsel. The parties represented that granting the
27 continuance was the reasonable time necessary for effective preparation of defense counsel,
28 taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The

Stipulation and [Proposed] Order

1  parties also agreed that the ends of justice served by granting such a continuance outweighed the
2  best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

KEVIN V. RYAN
United States Attorney

6  DATED: 2/8/06

DEREK R. OWENS
Special Assistant United States Attorney

8  DATED: 2|8|06

DAVID FERMINO
Attorney for Mr. Herrera

11  As the Court found on January 18, 2006, and for the reasons stated above, the Court finds
12  that an exclusion of time between January 18, 2006 and February 8, 2006 is warranted and that
13  the ends of justice served by the continuance outweigh the best interests of the public and the
14  defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested
15  continuance would deny the defense the reasonable time necessary for effective preparation,
16  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
17  See 18 U.S.C. §3161(h)(8)(B)(iv).

19  SO ORDERED.
20  DATED: 2/8/06

EDWARD M. CHEN
United States Magistrate Judge

Stipulation and [Proposed] Order