1  BARRY J. PORTMAN
   Federal Public Defender
2  DAVID W. FERMINO
   Assistant Federal Public Defender
3  19th Floor Federal Building - Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant HERRERA
6
7
8
9
10                     IN THE UNITED STATES DISTRICT COURT
11
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13 UNITED STATES OF AMERICA,              )
                                          )  No. CR 05-00695 EMC
14                   Plaintiff,           )
                                          )  STIPULATION AND [PROPOSED]
15 vs.                                    )  ORDER CONTINUING DATE FOR
                                          )  SUPPRESSION HEARING
16 MAXIMILIAN HERRERA,                    )
                     Defendant.           )
17                                        )
   _____)
18

19     Defendant Maximilian Herrera, by and through his counsel of record, Assistant Federal Public
20 Defender David W. Fermino, and the plaintiff United States of America, by and through it's counsel
   of record, Assistant United States Attorney Derrick R. Owens, stipulate as follows:
21

22     (1) By this stipulation the parties jointly move to continue this matter to April 19, 2006 at 3:00
23 p.m.. Defense counsel needs additional time to conduct further investigation.

24 ///
25 ///
   ///
26 ///

(2) The parties agree that the defendant's motion to suppress shall be filed on or before March 22, 2006; the opposition shall be filed on or before April 5, 2006 and the reply shall be filed on or before April 12, 2006.

IT IS SO STIPULATED:

DATED: 3/1/06

_____
DAVID W. FERMINO
Assistant Federal Public Defender

DATED: 3/1/06

_____
DERRICK R. OWENS
Assistant United States Attorney

ORDER

For good cause shown, IT IS HEREBY ORDERED that counsel's request for a continuance of the hearing in the above referenced case be granted, to 4/19/06 at 3:00 p.m. Defendant's motion to suppress shall be filed on or before March 22, 2006; the opposition shall be filed on or before April 5, 2006 and the reply shall be filed on or before April 12, 2006.

IT IS SO ORDERED

DATED:   March 9, 2006

IT IS SO ORDERED
Judge Edward M. Chen

_____
EDWARD M. CHEN
United States Magistrate Judge