BARRY J. PORTMAN
Federal Public Defender
DAVID W. FERMINO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                          )<br>           Plaintiff,        )<br>                          )<br>vs.                       )<br>                          )<br>MAXIMILIAN HERRERA,         )<br>           Defendant.       )<br>_____) | No. CR 05-00695 EMC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING DATE OF<br>POST HEARING BRIEFING |

   Defendant Maximilian Herrera, by and through his counsel of record, Assistant Federal Public Defender David W. Fermino, and the plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Derek R. Owens, stipulate as follows:

   (1)   By this stipulation the parties jointly request permission to file the required post hearing briefing on or before May 19, 2006. The continuance is needed due to the fact that the court reporter transcripts were completed this week, and both parties need additional time to complete the briefing.

/ / /

1  (2)  Assistant United States Attorney Derek R. Owens has no objection to the requested
2  continuance.

4  IT IS SO STIPULATED.

5  DATED: 5/10/06

6  _____
   DAVID W. FERMINO
   Assistant Federal Public Defender

8  DATED: 5/11/06

   _____
   DEREK R. OWENS
   Assistant United States Attorney

## ORDER

For good cause shown, **IT IS HEREBY ORDERED** that counsel's request for a continuance shall be granted. Both parties shall file their briefs on or before May 19, 2006.

**IT IS SO ORDERED**

DATED:  May 12, 2006          /s/ Edward M. Chen

                              _____
                              EDWARD M. CHEN
                              United States Magistrate Court Judge