1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,        )   CR No.: 05-0695 MAG
15                                  )
                                    )
16        Plaintiff,                )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER EXCLUDING TIME
17        v.                        )
                                    )
18 MAXIMILLIAN HERRERA,             )
                                    )
19        Defendant.                )
                                    )
20 _____ )

21     On July 18, 2006, the parties in this case appeared before the Court for a status
22 conference. At that time, the parties stipulated that time should be excluded from the
23 Speedy Trial Act calculations from July 18, 2006, through August 30, 2006, for
24 continuity of counsel and for effective preparation of defense counsel. The parties
25 represented that granting the continuance was the reasonable time necessary for effective
26 preparation of new defense counsel, taking into account the exercise of due diligence.
27 See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served
28 by granting such a continuance outweighed the best interests of the public and the

Stipulation and [Proposed] Order

1  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

2

3  SO STIPULATED:

4                                      KEVIN V. RYAN
                                       United States Attorney
5

6
   DATED: 7/21/06                           /s/
7                                      DEREK R. OWENS
                                       Special Assistant United States Attorney
8

9
   DATED: 7/25/06                           /s/
10                                     BARRY PORTMAN
                                       Federal Public Defender
11

12     As the Court found on July 18, 2006, and for the reasons stated above, the Court finds
13 that an exclusion of time from July 18, 2006, through August 30, 2006, is warranted and
14 that the ends of justice served by the continuance outweigh the best interests of the public
15 and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant
16 the requested continuance would deny defense counsel the reasonable time necessary for
17 effective preparation, taking into account the exercise of due diligence, and would result
18 in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20 SO ORDERED.

21
   DATED: 7/31/06
22
                                       EDWARD M. CHEN
23                                     United States Magistrate Judge

24

25

26

27

28

Stipulation and [Proposed] Order