1  KEVIN V. RYAN (CABN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov

8  Attorneys for Plaintiff

9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,          )      CR No.: 05-0695 MAG
15                                     )
                                       )
16              Plaintiff,             )      STIPULATION AND [PROPOSED]
                                       )      ORDER CONTINUING STATUS
17                                     )      HEARING
          v.                           )
18                                     )
   MAXIMILLIAN HERRERA,                )
19                                     )
                Defendant.             )
20  _____)

21

22       On October 13, 2006, the Court issued the Order Granting Defendant's Motion to

23  Reconsider Denial of Motion to Suppress and Granting Defendant's Motion to Suppress,

24  in the above captioned matter.  The Court further ordered a status hearing to be held on

25  October 25, 2006, at 9:30 a.m.  The parties hereby jointly request that this status hearing

26  be continued to November 8, 2006, at 9:30 a.m.  This continuance is requested for two

27  reasons: 1) the effective preparation of government counsel in readying for the hearing,

28  and 2) the unavailability of defense counsel during this time period due to travel

   Stipulation and [Proposed] Order

obligations.

SO STIPULATED:

KEVIN V. RYAN
United States Attorney

DATED: _10/20/2006_____     /s/ Derek Owens
                                    _____
                                    DEREK R. OWENS
                                    Special Assistant United States Attorney

DATED: _10/20/2006_____     /s/ Barry Portman
                                    _____
                                    BARRY PORTMAN
                                    Federal Public Defender

## **ORDER**

The status hearing currently set before this Court on October 25, 2006, at 9:30 a.m., is hereby continued.  The matter is reset for a status hearing before the Honorable Edward M. Chen on November 8, 2006, at 9:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_October 24, 2006_____     _____
                                    EDWARD M. 
                                    United States 

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and [Proposed] Order