KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0695 EMC |
|     Plaintiff, ) | |
| v. ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| MAXIMILLIAN HERRERA, ) | |
|     Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice and vacate the next appearance date of November 8, 2006, at 9:30 a.m.

    Respectfully submitted,

    KEVIN V. RYAN
    United States Attorney

DATED: 11/06/2006      /s/ Derek R. Owens
    DEREK R. OWENS
    Special Assistant United States Attorney

//

NOTICE OF DISMISSAL
CR 05-0695 EMC

1  The Court hereby grants leave to dismiss the above Information without prejudice and
2  vacates the next appearance date of November 8, 2006, at 9:30 a.m. .

DATED: __November 6, 2006__

_____
EDWARD
United Sta



NOTICE OF DISMISSAL
CR 05-0695 EMC